O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01734 AHM (RZx) | Date | August 12, 2009 |
|---|---|---|---|
| Title | AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court has "hired" a law clerk (Denise Grab) who will serve in that position until September 2010. Ms. Grab has accepted an offer from the Bingham McCutchen law firm to work in that firm's San Francisco office after the clerkship ends. Ms. Grab will not work on any case in which the Bingham McCutchen firm represents a party that is still actively involved in that case. Nor will she be present at any in-chambers conference the Court has concerning any case involving Bingham McCutchen. Accordingly, the Court ORDERS Plaintiff to notify the Court whether the Bingham McCutchen firm represents any party still actively involved in this case, and to do so by August 17, 2009.

|  | : |
|---|---|
| Initials of Preparer | SMO |