O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV2006-4686-AHM (RZx)<br>CV2009-01734-AHM (RZx)* | Date | February 8, 2010 |
|---|---|---|---|
| Title | STEADFAST INSURANCE COMPANY v. UNITED STATES OF AMERICA, et al. consolidated for trial with AMERICAN INTERNATIONAL SPECIALTY LINE INSURANCE COMPANY v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court notifies the parties that the CM/ECF electronic filing system will be unavailable from 7:00 a.m. on Saturday, February 13, 2010 until midnight on Monday, February 15, 2010.

The Court has previously ordered the parties to file the following trial-preparation documents by 9:00 a.m. on Friday, February 12, 2010: a chronology, an alphabetical cast of characters, a glossary, a revised pretrial conference order, deposition summaries, a single set of findings of fact and conclusions of law, a statement as to which witnesses will be called to testify on February 16 and February 17, 2010, and a stipulation as to whether or not each chemical to be addressed at trial is a hazardous substance.

Because the Court will be unable to access these documents electronically over the weekend, the Court ORDERS the parties to submit paper copies of these documents to chambers by noon on Friday, February 12, 2010.  The Court will refuse to consider any filings not so submitted.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |