LAURENCE F. JANSSEN (SBN 147471)
MICHAEL R. HEIMBOLD (SBN 173981)
KIRSTEN HICKS SPIRA (SBN 119885)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200//Facsimile: (310) 734-3300
Email: ljanssen@steptoe.com
Email: mheimbold@steptoe.com
Email: kspira@steptoe.com

WILLIAM T. HASSLER (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington D.C. 20036
Telephone: (202) 429-6469 // Facsimile: (202) 429-3902
Email: whassler@steptoe.com

FLOYD PERRY BIENSTOCK (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
201 East Washington St.
Phoenix, Arizona 85004
Telephone: (602) 257-5200 // Facsimile: (602) 257-5299
Email: fbienstock@steptoe.com

Attorneys for Plaintiff AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: CV 09-01734 AHM (RZx)<br><br>**DECLARATION OF KIRSTEN HICKS SPIRA IN SUPPORT OF AISLIC'S REPLY RE ITS MOTION IN LIMINE TO EXCLUDE, IN WHOLE OR IN PART, THE TESTIMONY OF: (1) MATTHEW LOW, (2) CHARLES R. MCLANE III, AND (3) DAVID L. BAUER**<br><br>Assigned to the Hon. A. Howard Matz<br>Courtroom No. 14<br><br>Date: February 7, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom No. 14 |

DECLARATION OF KIRSTEN HICKS SPIRA IN SUPPORT OF AISLIC'S REPLY RE ITS MOTION IN LIMINE TO EXCLUDE, IN WHOLE OR IN PART, THE TESTIMONY OF: (1) MATTHEW LOW, (2) CHARLES R. MCLANE III, AND (3) DAVID L. BAUER

Doc. # CC-241348 v.2

# DECLARATION OF KIRSTEN HICKS SPIRA

I, Kirsten Hicks Spira, hereby declare as follows:

1. I am an attorney at the law firm of Steptoe & Johnson and am a counsel of record for Plaintiff American International Specialty Lines Insurance Company ("AISLIC") in this action. I submit this declaration in support of AISLIC's Reply In Support Of Its Motion In Limine To Exclude, In Whole Or In Part, The Testimony Of : (1) Matthew Low, (2) Charles R. McLane III, And (3) David L. Bauer.

2. A true and correct copy of excerpts from Day 5, Volume 2 of the Phase I Trial Transcript in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit A.

3. A true and correct copy of excerpts from Day 2, Volume 2 of the Phase I Trial Transcript in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit B.

4. A true and correct copy of excerpts from the Expert Report of Mathew Low which was appended to and filed with the Declaration of Matthew Low in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit C.

5. A true and correct copy of excerpts from Matthew Low's January 22, 2010 deposition in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit D.

6. A true and correct copy of excerpts from the Finding of Fact and Conclusions of Law (Liability Phase; Post Trial) in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit E.

1

DECLARATION OF KIRSTEN HICKS SPIRA IN SUPPORT OF AISLIC'S REPLY RE ITS MOTION IN LIMINE TO EXCLUDE, IN WHOLE OR IN PART, THE TESTIMONY OF: (1) MATTHEW LOW, (2) CHARLES R. MCLANE III, AND (3) DAVID L. BAUER

Doc. # CC-241348 v.2

8. A true and correct copy of excerpts from the Declaration of Charles R. McLane III in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit F.

9. A true and correct copy of excerpts from the Declaration of David L. Bauer in *American International Specialty Lines Insurance Company v. United States*, No. CV-09-1734 AHM (RZx), is attached hereto as Exhibit G.

Pusuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed January 24, 2011 in Los Angeles, California.

_____
Kirsten Hicks Spira

DECLARATION OF KIRSTEN HICKS SPIRA IN SUPPORT OF AISLIC'S REPLY RE ITS MOTION IN LIMINE TO EXCLUDE, IN WHOLE OR IN PART, THE TESTIMONY OF: (1) MATTHEW LOW, (2) CHARLES R. MCLANE III, AND (3) DAVID L. BAUER

Doc. # CC-241348 v.2