O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-04686-AHM (RZx)<br>CV09-01734-AHM (RZx)* | Date | March 5, 2012 |
|---|---|---|---|
| Title | STEADFAST INSURANCE COMPANY v. UNITED STATES OF AMERICA, et al. consolidated for trial with AMERICAN INTERNATIONAL SPECIALTY LINE INSURANCE COMPANY v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | C. Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William T. Hassler<br>Kirsten H. Spira<br>Michael R. Heimbold | Michael C. Augustini, DOJ<br>Meredith Weinberg, DOJ |

**Proceedings:** FINAL PRETRIAL CONFERENCE (non-evidentiary)

Final pretrial conference held.

Court and counsel confer regarding upcoming bench trial schedules and procedures. The Court prefers that the declarations of declarants from Phase I whose testimony will be proffered in Phase II be refiled. The presumptive trial schedule will be 9:00 a.m. to noon and 1:00 p.m. to 4:00 p.m. on any given day.

Plaintiff's forthcoming motion regarding the precise dates for which interest on costs that are awarded would accrue must be filed by March 9, 2012. The opposition thereto must be filed by March 16, 2012 and any reply by March 19, 2012. Thereafter, the Court will take the matter under submission.

Plaintiff's other forthcoming motion regarding whether AISLIC recovers for payments made to the water purveyors must be filed by March 12, 2012. The opposition thereto must be filed by March 19, 2012 and any reply by March 22, 2012. Again, the Court will take the motion under submission.

|  | 0 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | SMO | |