IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

MICHAEL C. AUGUSTINI (DC BAR NO. 452526)
michael.augustini@usdoj.gov
MEREDITH WEINBERG (VA BAR NO. 47516)
meredith.weinberg@usdoj.gov
MARTHA C. MANN (FL BAR NO. 155950)
martha.mann@usdoj.gov
ADAM J. KATZ (DC BAR NO. 502776)
adam.katz@usdoj.gov
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 616-6519
FAX: (202) 514-8865

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE
COMPANY,

      Plaintiff,

  v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. CV-09-1734 AHM (RZx)

**TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW (ECF No. 237)**

1

## TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW IN LIEU OF DIRECT TESTIMONY

Background and Qualifications ................................................................¶¶1-3

Key Factors in Allocating Response Costs in this Case ...................................¶4

Methodology For Allocating Response Costs In This Case.........................¶¶5- 6

Opinion On Allocation Percentage (Pre-Phase I Findings)................................¶7

Description of Allocation Framework ....................................................¶ 8-9

Discussion of Relative Contaminant Contribution ..........................................¶10

Discussion of Degree Of Involvement Factors ...............................................¶11

Ownership ............................................................................................¶12

Involvement in Overall Facility Operations ....................................................¶13

Involvement In Use And Disposal Of Materials Causing Contamination.......¶14

Ownership Of Materials Causing Contamination………...........................…...¶15

Knowledge Regarding Potential For Contamination From Activities……......¶16

Economic Benefit……………………………………………………...…¶17

Degree of Care……………………………………………………………...¶18

Degree of Cooperation………………………………………………………..¶19

Critique of Opinions Of Robert Zoch…………………………………..... ¶¶20-22

**EXPERT REPORT August 24, 2009**

INTRODUCTION…………………………………….……………..ECF Pg. No. 19

MY QUALIFICATIONS…………………………………..……ECF Pg. No. 20

ALLOCATION UNDER CERCLA …………………………......…ECF Pg. No. 22

OPINIONS AND DISCUSSION REGARDING

MR. ZOCH'S REPORT …………………………………….……ECF Pg. No. 24

OPINIONS AND DISCUSSION ON RECOMMENDED ALLOCATION

FRAMEWORK …………………………………………… ….…… ….ECF Pg. No. 33

**TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW IN LIEU OF DIRECT TESTIMONY**

ALLOCATION FRAMEWORK ……………………….…….ECF Pg. No. 35

Primary Allocation Factors…………………………..……ECF Pg. No. 36

ALLOCATION ANALYSIS ……………………………..…ECF Pg. No. 37

Contaminant Contribution ……………………………….ECF Pg. No. 37

Northern Production Area ……………………………….ECF Pg. No. 37

Southern Production Area …………………………………ECF Pg. No.37

Burn Area ……………………………………………...ECF Pg. No. 37

Hula Bowl Landfills  ……………………………………ECF Pg. No. 38

Degree of Involvement Factor – Elements ……………………ECF Pg. No.  39

Ownership of property, buildings and equipment at which contamination

occurred…………………………………………….……ECF Pg. No. 40

Involvement in overall facility operations………………..…. ECF Pg. No. 40

Involvement in use and disposal or release of materials

causing contamination …………………………..…..…... ECF Pg. No. 40

Ownership of materials causing contamination …..……………ECF Pg. No. 40

Knowledge regarding potential for contamination……..……..ECF Pg. No. 40

Economic Benefit……………………………………ECF Pg. No.  41

Other Factors…………………………………..……ECF Pg. No.  41

Care…………………………………...……………ECF Pg. No. 41

Cooperation……………………………...………ECF Pg. No. 41

Allocation Summary…………………………………ECF Pg. No. 42

Conclusion………………………………………….ECF Pg. No. 43

**EXPERT REPORT December 14, 2009**

INTRODUCTION………………………………………ECF Pg. No. 68

ZOCH'S SUPPLEMENTAL REPORT …………………..…ECF Pg. No. 73

OPINIONS AND DISCUSSION ON RECOMMENDED………...ECF Pg. No. 74

ALLOCATION FRAMEWORK FOR VOCS……………..…… ECF Pg. No 74

3

**TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW IN LIEU OF DIRECT TESTIMONY**

Discussion – VOCs……………………………………..……….ECF Pg. No. 76

Opinion – VOCs…………………………………….…….……ECF Pg. No. 77

Allocation Framework – VOCs…………………………………ECF Pg. No. 77

Allocation Analysis – VOCs…………………………………….ECF Pg. No. 76

    A.    Contaminant Contribution……………………….ECF Pg. No. 66

    Northern Production Area……………………...………….ECF Pg. No. 77

    Southern Production Area…………………….……….ECF Pg. No. 77

    Burn Area……………………………………...……..…..ECF Pg. No. 66

    Hula Bowl Landfills……………………………………….ECF Pg. No. 66

    B.    Degree of Involvement Factor – Elements………….. ECF Pg. No. 66

    Ownership of property, buildings and equipment

    at which contamination occurred…..………………..…   .ECF Pg. No 67

    Involvement in overall facility operations ………………… ECF Pg. No. 67

    Involvement in use and disposal or release of materials……. ECF Pg. No. 66

    causing contamination …………………………….…..ECF Pg. No. 65

    Ownership of materials causing contamination ……………. ECF Pg. No. 66

    Knowledge regarding potential for contamination ………… ECF Pg. No. 66

    from activities……………………………………………….ECF Pg. No. 66

    Economic Benefit…………………………………..……..ECF Pg. No. 66

    D.    Other Factors……………………………………..ECF Pg. No. 66

    Care  ………………………………….............. …..ECF Pg. No. 83

    Cooperation ……………………………………………..ECF Pg. No. 83

    E.    Allocation Summary …………………………….ECF Pg. No. 83

    F.    Conclusion – VOCs………………………......……..ECF Pg. No. 83

OPINIONS AND DISCUSSION ON RECOMMENDED ALLOCATION FRAMEWORK FOR UXO/MEC AND DEPLETED URANIUM (DU) CONTAMINATION…………………………………………..…….ECF Pg. No 83

**TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW IN LIEU OF DIRECT TESTIMONY**

UXO/MEC Contamination ……………………………………….ECF Pg. No. 83

    A.    Discussion………………………………………………..ECF Pg. No. 83

    B.    Degree of Involvement Factor – Elements………….. ECF Pg. No. 83

    Ownership of property, buildings and equipment  at which contamination occurred……………………………………………………… ECF Pg. No. 84

    Involvement in overall facility operations ……………..…….  ECF Pg. No. 84

    Involvement in use and disposal or release of materials causing contamination………………………………………………..……. ECF Pg. No.85

    Ownership of materials causing contamination…………..... ECF Pg. No. 85

    Knowledge regarding potential for contamination………… ECF Pg. No.  85

    Economic Benefit……………………………………..………. ECF Pg. No. 85

    C.    Other Factors ……………………………..……. ECF Pg. No. 85

    Care…………………………………………………………. ECF Pg. No. 85

    Cooperation………………………………………………. ECF Pg. No. 86

    D.    Allocation Summary and Conclusion……………..……. ECF Pg. No. 86

Depleted Uranium Contamination………………………………. ECF Pg. No.86

    A.    Discussion…………………………………………. ECF Pg. No. 86

    B.    Degree of Involvement Factor – Elements ………….. ECF Pg. No 87

    Ownership of property, buildings and equipment at which contamination occurred ……………………………..…… ………………….....   ECF Pg. No. 88

    Involvement in overall facility operations  ……………….. ECF Pg. No. 88

    Involvement in use and disposal or release of materials causing…. contamination…………………………………………..……… ECF Pg. No. 88

    Ownership of materials causing contamination…..…….…. ECF Pg. No. 88

    Knowledge regarding potential for contamination………… ECF Pg. No. 88

5

**TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW IN LIEU OF DIRECT TESTIMONY**

1

Economic Benefit…………………………………..……. ECF Pg. No 88

2

C.      Other Factors……………………………………… ECF Pg. No. 88

3

Care  …………………………………………………. ECF Pg. No. 88

4

Cooperation…………………………………..……… ECF Pg. No. 88

5

D.      Allocation Summary and Conclusion ……………..… ECF Pg. No. 89

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**TABLE OF CONTENTS FOR DECLARATION OF MATTHEW LOW IN LIEU OF DIRECT TESTIMONY**