LAWRENCE F. JANSSEN (SBN 147471)
MICHAEL R. HEIMBOLD (SBN 173981)
KIRSTEN HICKS SPIRA (SBN 119885)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200 // Facsimile: (310) 734-3300
Email: ljanssen@steptoe.com
Email: mheimbold@steptoe.com
Email: kspira@steptoe.com

WILLIAM T. HASSLER (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-6469 // Facsimile: (202) 429-3902
Email: whassler@steptoe.com

FLOYD PERRY BIENSTOCK (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004
Telephone: (602) 257-5200 // Facsimile: (602) 257-5299
Email: fbienstock@steptoe.com

Attorneys for Plaintiff
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-09-1734 AHM (RZx)<br>[Consolidated with Case No. CV-06-04686-AHM (RZ)]<br><br>**FINAL JUDGMENT**<br><br>Assigned to the Hon. A. Howard Matz |

FINAL JUDGMENT

Doc. # DC-8137829 v.1

# FINAL JUDGMENT

It is hereby **adjudged and ordered** as follows, consistent with the Court's Findings of Fact and Conclusions of Law dated June 30, 2010, and January 9, 2013:

1. This judgment relates to remediation of the former manufacturing site located at 22116 West Soledad Canyon Road in Santa Clarita, California and formerly owned by the Bermite Powder Company (referred to below as the "Site").

2. Under the Comprehensive Environmental Responsibility, Compensation and Liability Act ("CERCLA"), the United States is liable for an equitable share of costs of remediation related to the Site as provided by 42 U.S.C. § 9613.  The United States' liability in this case is based on its roles both as the owner of a covered facility and as an arranger of waste disposed of at the Site.

3. The United States' equitable share of response costs incurred related to the Site shall be 40% of the total costs expended by American International Specialty Lines Insurance Company ("AISLIC") (now known as Chartis Specialty Insurance Company) that are necessary and consistent with the National Contingency Plan ("NCP").

4. As used herein, "Past Costs" shall mean response costs paid by AISLIC on or prior to January 31, 2010.

5. The United States shall pay to AISLIC $3,314,794 as its share of Past Costs.

6. The United States shall pay AISLIC $174,215 in prejudgment interest for the United States' share of Past Costs.

7. The United States shall pay 40% of all necessary and NCP consistent response costs related to the Site paid by AISLIC after January 31,

       2010, in accordance with the rulings in the Court's Findings of Fact and Conclusions of Law dated January 9, 2013.

8. The United States shall pay prejudgment interest on its equitable share of the necessary and NCP consistent response costs related to the Site paid by AISLIC after January 31, 2010 through the date of final judgment, in accordance with the rulings in the Court's Findings of Fact and Conclusions of Law dated January 9, 2013, and with the prior stipulation of the parties regarding prejudgment interest (Dkt. 256).

9. The Court's Findings of Fact and Conclusions of Law dated June 30, 2012, and January 9, 2013 are incorporated herein by reference.

10. This judgment applies to AISLIC's claims in this action and the consolidated action in which AISLIC intervened, <u>Steadfast Insurance Company v. United States of America</u>, Docket 2:06-cv-04686-AHM-RZ.

11. Final judgment shall be entered by the Clerk and this case shall be terminated.

DATED: January 31, 2013

_____
A. Howard Matz
U.S. District Court Judge

JS-6